# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARNOLD COPELAND,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLETTE COLLINS and STEVEN CARPENTER,<br><br>        Defendants. | Case No. 2:15-cv-00338-APG-NJK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to my September 28, 2015 screening order (Dkt. #2), plaintiff Arnold Copeland had 30 days to file an amended complaint curing the deficiencies identified in the screening order or I would dismiss his case without prejudice. Copeland did not file an amended complaint.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.

DATED this 6th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE